UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AZAR S.,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 24-cv-13217<br><br>Magistrate Judge Elizabeth A. Stafford |

**ORDER REGARDING CONSENT TO THE MAGISTRATE JUDGE**

  Under Administrative Order 22-AO-035, this case is assigned to the above-referenced magistrate judge. By October 3, 2025, the parties must indicate on the joint statement regarding consent form available on the Court's website whether they both consent to assignment to the magistrate judge.[1]

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, you are hereby notified that, upon the consent of all the parties, the United States magistrate judges of this district court may conduct any or all proceedings in this Social Security case, including entry of a final judgment. Your decision to consent to the referral of your case to a United States magistrate judge for disposition is entirely voluntary. If all the parties do not consent to a magistrate judge, the case will be randomly re-assigned to a district judge. It is the practice of this Court to automatically refer the case

The parties shall confer by telephone regarding the issue of consent at least three business days prior to the deadline to file their joint statement.  Defendant is responsible for setting the telephone conference.  If the parties do not jointly consent to the dispositive jurisdiction of the magistrate judge by October 3, the Clerk shall assign the case at random to a district judge without necessity of any further direction from the Court.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 15, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

---

to the originally assigned magistrate judge for the issuance of a report and recommendation.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2025.

                                           s/Davon Allen
                                           DAVON ALLEN
                                           Case Manager