UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AZAR S.

    Plaintiff,

v.

Case No. 24-cv-13217
Honorable Linda V. Parker

SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

**<u>OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS</u>**

On December 3, 2024, Plaintiff filed this lawsuit against Defendant alleging employment discrimination and wrongful denial of her application for social security disability benefits. The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 21.)

On March 6, 2025, Defendant filed a motion to dismiss, which was fully briefed. (ECF Nos. 8, 10, 11.) On December 18, 2025, Magistrate Judge Stafford issued a Report and Recommendation ("R&R"), recommending that this Court grant the motion. (ECF No. 24.) In the R&R, Magistrate Judge Stafford first

concludes that Plaintiff's claim concerning the denial of her disability benefits is time-barred, as the appeal's council notice of denial was dated August 31, 2022 (ECF No. 8-3), and a civil action seeking review must be filed within sixty days after the mailing of the notice, 42 U.S.C. § 405(g); 20 C.F.R. § 422.210(c).  (*See* ECF No. 24 at PageID.269-70.)  Magistrate Judge Stafford concludes that no exceptional circumstances warrant equitable tolling of the limitations period.  (*Id*. at PageID.271-72.)

Magistrate Judge Stafford next concludes that Plaintiff's discrimination claim also is time-barred, as any discriminatory conduct (except for her allegations concerning the denial of disability benefits) would have occurred before her termination ended in May 2011, and she filed this lawsuit more than 13-years later.  (*Id*. at PageID.273-74.)  To the extent Plaintiff's discrimination claim is based on the denial of disability benefits, Magistrate Judge Stafford concludes that any claim must be brought under the Social Security Act and are untimely as already addressed.  (*Id*. at PageID.275.)  Lastly, Magistrate Judge Stafford concludes that Plaintiff's remaining claims alleging misrepresentation, unjust enrichment, and negligent infliction of emotional distress are barred by sovereign immunity.  (*Id*. at PageID.276-78.)

At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service

upon them.  (*Id.* at PageID.279.)  She further specifically advises that "[i]f a party fails to timely file specific objections, any further appeal is waived."  (*Id*. at PageID.279-80.)  Neither Plaintiff nor Defendant filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts Magistrate Judge Stafford's recommendations.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 8) is **GRANTED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: January 16, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 16, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan<br>
Case Manager