+UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AZAR S.

    Plaintiff,

v.

    Case No. 24-cv-13217
    Honorable Linda V. Parker

SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

**<u>OPINION AND ORDER CERTIFYING THAT PLAINTIFF'S APPEAL WOULD NOT BE IN GOOD FAITH AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL</u>**

    Plaintiff filed this lawsuit against Defendant alleging employment discrimination and wrongful denial of her application for social security disability benefits.  (ECF No. 1.)  Defendant thereafter filed a motion to dismiss (ECF No. 8), which Magistrate Judge Elizabeth Stafford recommended should be granted in a Report and Recommendation ("R&R") issued on December 18, 2025 (ECF No. 24.)  At the conclusion of the R&R, Magistrate Judge Stafford advised the parties of their right to file objections and expressly warned that the failure to timely object would result in the waiver of any further right to appeal.  No objections were filed, and, on January 16, 2026, this Court issued a decision adopting Magistrate Judge Stafford's recommendations.  (ECF No. 25.)

Plaintiff has filed a notice of appeal and an application to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915.  (ECF Nos. 27, 28.)  Pursuant to § 1915, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  An appeal is taken in good faith if it raises "any issue not frivolous."  *Coppedge v. United States*, 369 U.S. 438, 445 (1982).

Plaintiff's appeal is not taken in good faith.  This is because Plaintiff failed to object to Magistrate Judge Stafford's R&R.  She was warned of the consequences of failing to do so.  Specifically, the failure to object waives the right to appeal.  *See Thomas v. Arn*, 474 U.S. 140, 153-54 (1985); *see also Ogbonna-McGruder v. Austin Peay State Univ.*, 91 F.4th 833, (6th Cir. 2024).

Thus, this Court certifies that Plaintiff's appeal is not taken in good faith and denies her application to proceed on appeal IFP.

**SO ORDERED**.

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: January 22, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 22, 2026, by electronic and/or U.S. First Class mail.

                                              s/Aaron Flanigan
                                              Case Manager